# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 3:24-cr-00166 Judge Crenshaw, Jr. |
| CHARLES E. TODD | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Charles E. Todd,
who is accused of an offense or violation based on the following document filed with the court:

✔ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 2252(a)(2) and (b)(1) - Receipt of Visual Depictions of Minors Engaged in Sexually Explicit Conduct

Date: 9/4/2024

*Issuing officer's signature* — Jeremy Medley

City and state: Nashville, TN

Jeremy Medley, Criminal Case Administrator
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*