IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:24-cr-00166 |
| | ) | |
| | ) | JUDGE NEWBERN |
| CHARLES E. TODD | ) | |

**UNITED STATES' MOTION FOR A DETENTION HEARING
AND FOR DETENTION OF THE DEFENDANT**

COMES NOW the United States of America by Henry C. Leventis, United States Attorney, and Robert E. McGuire, Assistant United States Attorney, and moves this Court for detention of the Defendant under 18 U.S.C. § 3142(f)(1)(E). The United States submits that the Defendant is charged in the Indictment with an offense that involve a minor victim in violation of 18 U.S.C. §2252. As such, since these offenses are enumerated under § 3142(f)(1)(E), there is no question that the Government is entitled to a detention hearing on this matter.

The United States would submit that – by operation of 18 U.S.C. § 3142(e)(3)(E) – a rebuttable presumption exists before this court that "no condition or combination of conditions will reasonably assure the safety of any other person and the community." The United States intends to rely on the presumption at the detention hearing in this matter. Even if the Defendant can overcome that presumption, the United States would submit that the expression of Congress that individuals charged with serious crimes – like the Defendant is – should be detained is still salient within the Court's analysis regarding detention or release. The Defendant is a registered sex offender who is currently on federal supervised release for a conviction for Transportation of Child Pornography out of the Southern District of Florida (see Case No. 3:23-cr-00157).

The United States also respectfully requests that, should a hearing be necessary, the Court grant the United States a continuance in this matter of three days so that the United States may adequately prepare for the hearing on this motion.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney

By:   */s/ Robert E. McGuire*
ROBERT E. MCGUIRE
Assistant U.S. Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Phone: (615) 401-6607
Robert.mcguire@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be served electronically and by hand to counsel for defendant via CM/ECF on the September 6, 2024.

*/s/ Robert E. McGuire*
ROBERT E. MCGUIRE